■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYRUS G. BROOKS, Appellant. [610 NYS2d 898] —Judgment unani-

mously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.